Case: 24-10454 Document: 13-1 Page: 1 Date Filed: 06/07/2024

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 7, 2024
Lyle W. Cayce
Clerk

No. 24-10454

In re Buzz Photos; Freedom Watch Incorporated; Larry E. Klayman, a Natural Person, members of the class and subclasses and all persons and entities similarly situated,

*Petitioners.*

———

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-656

———

UNPUBLISHED ORDER

Before Smith, Southwick, and Wilson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.



A True Copy
Certified order issued Jun 07, 2024

Clerk, U.S. Court of Appeals, Fifth Circuit